UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA A. DOUGHERTY, :
:
    Plaintiff : No. 3:16-CV-0196
:
vs. : (Judge Nealon)
:
NANCY A. BERRYHILL, Acting :
Commissioner of Social Security, :
:
    Defendant :

# ORDER

**AND NOW, THIS 29TH DAY OF SEPTEMBER, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Melissa A. Dougherty disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration for a new administrative hearing; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                       **/s/ William J. Nealon**
                                       **United States District Judge**